Jeff Brauer Esq.
Nevada Bar No. 13834
3333 E. Serene Ave. #150
Brauer, Driscoll, Sun and Associates LLC
Henderson, Nevada 89074
*Counsel for Defendant 311 NC Property Trust, Trustee for*
*311 Bass LV Property Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. KEATHLEY and MIKI D. KEATHLEY, husband and wife,<br><br>Plaintiff(s),<br><br>vs.<br><br>311 BASS B LV PROPERTY TRUST; NEWPORT COVE CONDOMINIUM UNIT OWNERS ASSOCIATION; DOES I through X and BLACK AND WHITE CORPORATIONS I through X,<br><br>Defendant(s). | Case No.: 2:18-cv-00620-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND CASE CAPTION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Christina H. Wang, Esq. of Fidelity National Law Group, counsel for Plaintiff Ronald L. Keathley and Miki D. Keathley ("Plaintiff") and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates, counsel for Defendant 311 Bass LV Property Trust ("Defendant"), as follows:

/ / /

/ / /

*THE LAW OFFICES OF BRAUER DRISCOLL SUN AND ASSOC LLC*
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 989-3213

The caption to this case shall be amended to identify the Defendant 311 Bass LV Property Trust as 311 NC Property Trust, Trustee for 311 Bass LV Property Trust (**311 Trustee**).

| | |
|---|---|
| Fidelity National Law Group | Brauer, Driscoll, Sun and Associates |
| /s/Christina H. Wang | /s/Jeff Brauer |
| CHRISTINA H. WANG, ESQ. | JEFF BRAUER, ESQ. |
| Nevada Bar No. 9713 | Nevada Bar No. 13834 |
| 1701 Village Center Circle, Suite 110 | 3333 East Serene, Suite 150 |
| Las Vegas, Nevada 89134 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff* | *Counsel for Defendant 311 NC Property Trust, Trustee for 311 Bass LV Property Trust* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 4/26/2018

THE LAW OFFICES OF
BRAUER DRISCOLL SUN
AND ASSOC LLC
*3333 E. Serene Ave. Ste 150*
Henderson, 89074
(702) 989-3213