Christina H. Wang, Esq.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
1701 Village Center Circle, Suite 110
Las Vegas, Nevada 89134
Telephone: (702) 667-3000
Facsimile: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD L. KEATHLEY and MIKI D. KEATHLEY, husband and wife,

               Plaintiffs,

    v.

311 BASS B LV PROPERTY TRUST;
NEWPORT COVE CONDOMINIUM UNIT
OWNERS ASSOCIATION; DOES I through X
and BLACK AND WHITE CORPORATIONS
I through X,

               Defendants.

Case No.: 2:18-cv-00620-APG-GWF

**STIPULATION AND
ORDER FOR DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between Christina H. Wang, Esq. of the Fidelity National Law Group, counsel for Plaintiffs Ronald L. Keathley and Miki D. Keathley; and Jeff Brauer, Esq. of Brauer, Driscoll, Sun and Associates LLC, counsel for Defendants 311 NC Property Trust, Trustee for 311 Bass LV Property Trust, and Newport Cove Condominium Unit Owners Association, as follows:

    IT IS HEREBY STIPULATED AND AGREED that this case shall be dismissed in its entirety with prejudice.

/ / /

/ / /

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000

1 IT IS FURTHER STIPULATED AND AGREED that that each party shall bear their own

2 attorney's fees and costs.

3   DATED this 31st day of May, 2018.

4 FIDELITY NATIONAL LAW GROUP   BRAUER, DRISCOLL, SUN AND
                   ASSOCIATES

5

6 */s/ Christina H. Wang*       */s/ Jeff Brauer*

7 CHRISTINA H. WANG, ESQ.     JEFF BRAUER, ESQ.
 Nevada Bar No. 9713        Nevada Bar No. 13834

8 1701 Village Center Circle, Suite 110  3333 East Serene, Suite 150
 Las Vegas, Nevada 89134     Henderson, Nevada 89074

9 *Attorneys for Plaintiff*       *Attorneys for Defendants*

10

11         **IT IS SO ORDERED.**

12

13

14         **UNITED STATES DISTRICT JUDGE**

15         **Dated:** May 31, 2018

16

17

18

19

20

21

22

23

24

25

26

27

28

Fidelity National
Law Group
1701 Village Center Circle
Suite 110
Las Vegas, Nevada 89134
(702) 667-3000